UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES and STATE OF TEXAS ex rel. DANIEL W. ELLIOTT, M.D. and LISA A. MINSLOFF, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHEAST TEXAS MEDICAL ASSOCIATES, LLP; STEWARD HEALTH CARE SYSTEM; ONPOINT LAB, L.L.C.; BAPTIST HOSPITALS OF SOUTHEAST TEXAS; MUHAMMAD AZIZ, M.D.; JAMES HOLLY, M.D.; MARY CASTRO, M.D.; VIJAY KUMAR, M.D.; MICHAEL THOMAS, M.D.; SYED ANWAR, M.D.; CAESAR DEIPARINE, M.D.; RONALD PALANG, M.D.; ABSAR QURESHI, M.D.; DEAN HALBERT, M.D.; and WILLIAM GEORGE, M.D., <br><br> Defendants. | Case No. 1:23-cv-00329-MJT |

**NOTICE OF SERVICE OF SUPPLEMENTAL DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 26 and paragraph 2 of the Order Setting Civil Action for Rule 16 Management Conference (Dkt. No. 95), Defendants Southeast Texas Medical Associates, LLP, Dr. Muhammad Aziz, Dr. Vijay Kumar, Dr. Mary Castro, Dr. Michael Thomas, Dr. Syed Anwar, Dr. Ronald Palang, Dr. Absar Qureshi, Dr. Dean Halbert, and Dr. Caesar Deiparine (collectively "Defendants") give notice that on August 21, 2023, Defendants served Initial Disclosures on all counsel of record as required by the Court Order in place at that time. On October 4, 2023, Defendants served Supplemental Disclosures, adding additional persons with

knowledge of relevant facts, producing relevant documents, and offering to make available multiple bankers boxes of additional relevant documents. Defendants further give notice that on October 17, 2023, Defendants supplemented its production of documents in this matter.

Dated: October 17, 2023               Respectfully Submitted,

/s/ David W. Klaudt
David W. Klaudt
State Bar No. 00796073
david.klaudt@gtlaw.com
James E. Peacock
State Bar No. 00791419
James.Peacock@gtlaw.com
Jared Weir
State Bar No. 24075253
jared.weir@gtlaw.com
Michael Besser
State Bar No. 24105464
michael.besser@gtlaw.com
Alex E. Hartzell
State Bar No. 24126522
alex.hartzell@gtlaw.com
**GREENBERG TRAURIG, LLP**
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Tel:  (214) 665-3600
Fax:  (214) 665-3601

**ATTORNEYS FOR DEFENDANT SOUTHEAST TEXAS MEDICAL ASSOCIATES, LLP; MUHAMMAD AZIZ, M.D.; MARY CASTRO, M.D.; VIJAY KUMAR, M.D.; MICHAEL THOMAS, M.D.; SYED ANWAR, M.D.; CAESAR DEIPARINE, M.D.; RONALD PALANG, M.D.; ABSAR QURESHI, M.D.; and DEAN HALBERT, M.D.**

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all parties that have appeared through the Court's electronic filing system on October 17, 2023.

             */s/ David W. Klaudt*
             David W. Klaudt