IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES and STATE OF TEXAS ex rel. DANIEL W. ELLIOTT, M.D. and LISA A. MINSLOFF, M.D.,<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTHEAST TEXAS MEDICAL ASSOCIATES, L.L.P., et al.,<br><br>Defendants. | NO. 1:23-cv-00329-MJT |

**DEFENDANT STEWARD HEALTH CARE SYSTEM LLC'S NOTICE OF PRODUCTION OF DOCUMENTS PERTAINING TO ITS INITIAL DISCLOSURES**

Defendant Steward Health Care System LLC ("Steward") gives notice that on October 17, 2023, it produced documents to all counsel of record pertaining to its Initial Disclosures that were previously served on August 21, 2023.

1

Dated:  October 17, 2023                              Respectfully submitted,

/s/ Nicholas S. Graber
**Thomas G. Yoxall**
  State Bar No. 00785304
  tyoxall@lockelord.com
**Nicholas S. Graber**
  State Bar No. 24122918
  nick.graber@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
(214) 740-8000 – Telephone
(214) 740-8800 – Facsimile

**Ryan M. DiSantis\***
  State Bar No. (Mass.) 654513
  ryan.disantis@lockelord.com
Locke Lord LLP
111 Huntington Avenue, 9th Floor
Boston, MA 02199-7613
(617) 239-7613 – Telephone
(617) 227-4420 – Facsimile
\* *Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I certify that on October 17, 2023, I caused a copy of the foregoing document to be filed and set for service on all counsel of record via the Court's ECF filing system.

/s/ Nicholas S. Graber
Nicholas S. Graber