IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES and STATE OF TEXAS *ex rel.* DANIEL W. ELLIOTT, M.D. and LISA A. MINSLOFF, M.D., <br><br>*Plaintiffs,* <br><br>V. <br><br>SOUTHEAST TEXAS MEDICAL ASSOCIATES, LLP; STEWARD HEALTH CARE SYSTEM; ONPOINT LAB, L.L.C.; BAPTIST HOSPITALS OF SOUTHEAST TEXAS; MUHAMMAD AZIZ, M.D.; JAMES HOLLY, M.D.; MARY CASTRO, M.D.; VIJAY KUMAR, M.D.; MICHAEL THOMAS, M.D.; SYED ANWAR, M.D., CAESAR DEIPARINE, M.D.; RONALD PALANG, M.D.; ABSAR QURESHI, M.D.; and DEAN HALBERT, M.D., <br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:23-CV-00329 <br> JUDGE MICHAEL J. TRUNCALE |

## **ORDER GRANTING IN PART DEFENDANTS' JOINT MOTION FOR A TEMPORARY STAY OF DISCOVERY**

Before the Court is Defendants' Joint Motion for a Temporary Stay of Discovery. [Dkt. 60]. Defendants are asking the Court to issue an order temporarily staying all discovery pending the Court's resolution of certain motions on file in this matter. After considering the Defendants' joint motion and reviewing the pleadings on file and all applicable law, the Court grants in part the same.

It is therefore **ORDERED** that Defendants' Joint Motion for a Temporary Stay of Discovery [Dkt. 60] is hereby **GRANTED IN PART**. All discovery, except discovery related to the pending dispositive motions, are **STAYED**. Said stay shall remain in effect until **January 19, 2024**.
**SIGNED this 20th day of October, 2023.**

_____
Michael J. Truncale
United States District Judge