UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES and STATE OF TEXAS *ex rel.* DANIEL W. ELLIOTT, M.D. and LISA A. MINSLOFF, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHEAST TEXAS MEDICAL ASSOCIATES, LLP *et al.*, <br><br> Defendants. | No. 1:23-CV-00329 <br><br> **DEMAND FOR JURY TRIAL** |

**NOTICE OF WITHDRAW OF MOTION**

On September 5, 2023, the Court issued an Order Setting Civil Action for Rule 16 Management Conference directing the parties to produce all documents that are relevant to a claim or defense of any party by October 2, 2023. (Dkt. No. 95). Defendants failed to comply with that order, which necessitated Relators' October 5, 2023 Motion to Compel. (Dkt. No. 102). Defendants thereafter made some document productions on or around October 17, 2023.

On October 20, 2023, the Court partially granted Defendants' Motion to Stay Discovery. (Dkt. No. 112). Specifically, the Court stayed "[a]ll discovery, except discovery related to the pending dispositive motions." *Id.* In light of that Order, Relators give notice that they intend to withdraw their Motion to Compel without prejudice. Consistent with the Court's Order, Relators will serve Defendants with discovery requests related to the pending dispositive motions.

Dated:  October 23, 2023                     Respectfully submitted,

                          **REESE MARKETOS LLP**

                          By: */s/ Joshua M. Russ*
                              Joshua M. Russ
                              Texas Bar No. 24074990
                              josh.russ@rm-firm.com
                              Adam Sanderson
                              Texas State Bar No. 24056264
                              adam.sanderson@rm-firm.com
                              Andrew O. Wirmani
                              Texas Bar No. 24052287
                              andrew.wirmani@rm-firm.com
                              Tyler J. Bexley
                              Texas Bar No. 24073923
                              tyler.bexley@rm-firm.com
                              Brett S. Rosenthal
                              Texas Bar No. 24080096
                              brett.rosenthal@rm-firm.com
                              Allison N. Cook
                              Texas Bar No. 24091695
                              allison.cook@rm-firm.com

                              750 N. Saint Paul St. Ste. 600
                              Dallas, Texas 75201-3201
                              Telephone: (214) 382-9810
                              Facsimile: (214) 501-0731

                        **MASTROGIOVANNI MERSKY & FLYNN, P.C.**

                          By:  */s/ Joseph J. Mastrogiovanni*
                              Joseph J. Mastrogiovanni, Jr.
                              Texas Bar No. 13184380
                              jmastro@mastromersky.com

                              2001 Bryan Street, Suite 1250
                              Dallas, Texas 75201
                              Telephone: (214) 922-8800
                              Facsimile: (214) 922-8801

                        **ATTORNEYS FOR RELATORS**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of this document was filed on October 23, 2023, through the ECF system, and will thereby be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                 */s/ Allison N. Cook*
                                                 Allison N. Cook