IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES and STATE OF TEXAS *ex rel.* DANIEL W. ELLIOTT, M.D. and LISA A. MINSLOFF, M.D., <br><br> *Plaintiffs,* <br><br> V. <br><br> SOUTHEAST TEXAS MEDICAL ASSOCIATES, LLP; STEWARD HEALTH CARE SYSTEM; ONPOINT LAB, L.L.C.;  BAPTIST HOSPITALS OF SOUTHEAST TEXAS; MUHAMMAD AZIZ, M.D.; JAMES HOLLY, M.D.; MARY CASTRO, M.D.; VIJAY KUMAR, M.D.; MICHAEL THOMAS, M.D.; SYED ANWAR, M.D., CAESAR DEIPARINE, M.D.; RONALD PALANG, M.D.; ABSAR QURESHI, M.D.; and DEAN HALBERT, M.D., <br><br> *Defendants.* | CIVIL ACTION NO. 1:23-CV-00329 <br> JUDGE MICHAEL J. TRUNCALE |

## ORDER GRANTING RELATORS' NOTICE OF WITHDRAWAL OF MOTION

Before the Court is Relators' Notice of Withdrawal of Motion. [Dkt. 115]. On October 5, 2023, Relators filed a Motion to Compel Defendants' Compliance with Initial Mandatory Disclosures. [Dkt. 102]. Thereafter, on October 20, 2023, the Court entered an Order Granting in Part Defendants' Joint Motion for a Temporary Stay of Discovery. [Dkt. 114]. The Court's Order stayed all discovery, except discovery related to pending dispositive motions, until January 19, 2024. In light of the Court's Order, Relators give notice of their withdrawal of the Motion to Compel Defendants' Compliance with Initial Mandatory Disclosures. [Dkt. 102].  After considering the Relators' notice and reviewing the pleadings on file and all applicable law, the Court grants the same.

It is therefore **ORDERED** that Relators' Notice of Withdrawal of Motion [Dkt. 115] is hereby **GRANTED**. The Clerk is **INSTRUCTED** to note Relators' withdrawal of its Motion to Compel Defendants' Compliance with Initial Mandatory Disclosures [Dkt. 102] on the docket of this matter.

**SIGNED this 7th day of November, 2023.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge