IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES and STATE OF TEXAS *ex rel.* DANIEL W. ELLIOTT, M.D. and LISA A. MINSLOFF, M.D., | § § § § | |
| *Plaintiffs,* | § § | |
| V. | § § | |
| SOUTHEAST TEXAS MEDICAL ASSOCIATES, LLP; STEWARD HEALTH CARE SYSTEM; ONPOINT LAB, L.L.C.;  BAPTIST HOSPITALS OF SOUTHEAST TEXAS; MUHAMMAD AZIZ, M.D.; JAMES HOLLY, M.D.; MARY CASTRO, M.D.; VIJAY KUMAR, M.D.; MICHAEL THOMAS, M.D.; SYED ANWAR, M.D., CAESAR DEIPARINE, M.D.; RONALD PALANG, M.D.; ABSAR QURESHI, M.D.; and DEAN HALBERT, M.D., | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:23-CV-00329 JUDGE MICHAEL J. TRUNCALE |
| *Defendants.* | § | |

## REFERRAL ORDER

Pursuant to the provisions of Title 28 U.S.C. §§ 636(b)(1)(A) and (3), it is **ORDERED** that

Relators' Motion to Compel and Request for Expedited Consideration [Dkt. 117] is **REFERRED**

to United States Magistrate Judge Christine L. Stetson for consideration and disposition.

**SIGNED this 19th day of December, 2023.**

*Michael J. Truncale*
_____
Michael J. Truncale
United States District Judge