UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES and STATE OF TEXAS *ex rel.* DANIEL W. ELLIOTT, M.D. and LISA A. MINSLOFF, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHEAST TEXAS MEDICAL ASSOCIATES, LLP et al., <br><br> Defendants. | No. 1:23-CV-00329-MJT |

## JOINT NOTICE OF PENDING SETTLEMENT

Relators Daniel W. Elliott, M.D. and Lisa A. Minsloff, M.D. ("Relators") and Defendants Southeast Texas Medical Associates, LLP ("SETMA"), Muhammad Aziz, M.D., Mary Castro, M.D., Vijay Kumar, M.D., Michael Thomas, M.D., Syed Anwar, M.D., Caesar Deiparine, M.D., Ronald Palang, M.D., Absar Qureshi, M.D., and Dean Halbert, M.D.'s (together with SETMA, the "SETMA Defendants"), and Defendant OnPoint Lab, L.L.C. ("OnPoint") file this Joint Notice of Pending Settlement.

On December 30, 2023, Relators, the SETMA Defendants, and OnPoint reached a settlement in principle to settle all Relators' claims against the SETMA Defendants and OnPoint in this action. Final settlement is subject to government approval. Relators, through their undersigned counsel, have notified the United States and the State of Texas of the proposed settlement terms and have requested approval. The settling parties are working with the government to finalize a settlement that will result in Relators dismissing, with prejudice, the SETMA Defendants and OnPoint from this action.

Dated: January 3, 2024

Respectfully submitted,

*/s/ Joshua M. Russ*
Joshua M. Russ
Texas Bar No. 24074990
josh.russ@rm-firm.com
Joel W. Reese
Texas Bar No. 00788258
joel.reese@rm-firm.com
Adam Sanderson
Texas State Bar No. 24056264
adam.sanderson@rm-firm.com
Andrew O. Wirmani
Texas Bar No. 24052287
andrew.wirmani@rm-firm.com
Tyler J. Bexley
Texas Bar No. 24073923
tyler.bexley@rm-firm.com
Brett S. Rosenthal
Texas Bar No. 24080096
brett.rosenthal@rm-firm.com
Allison N. Cook
Texas Bar No. 24091695
allison.cook@rm-firm.com
REESE MARKETOS LLP
joel.reese@rm-firm.com
750 N. Saint Paul St. Ste. 600
Dallas, Texas 75201-3201
Telephone: (214) 382-9810
Facsimile: (214) 501-0731

Joseph J. Mastrogiovanni, Jr.
Texas Bar No. 13184380
MASTROGIOVANNI MERSKY & FLYNN, P.C.
jmastro@mastromersky.com
Mastrogiovanni
Mersky & Flynn, P.C.
2001 Bryan Street, Suite 1250
Dallas, Texas 75201
Telephone: (214) 922-8800
Facsimile: (214) 922-8801

**ATTORNEYS FOR RELATORS**

*/s/ David W. Klaudt*
David W. Klaudt
State Bar No. 00796073
James Peacock
State Bar No. 00791419
Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Tel: 214-665-3600
Fax: 214-665-3601
david.klaudt@gtlaw.com

**ATTORNEY FOR DEFENDANTS, Southeast Texas Medical Associates, LLP; Muhammad Aziz, M.D.; Mary Castro, M.D.; Vijay Kumar, M.D.; Michael Thomas, M.D.; Syed Anwar, M.D.; Caesar Deiparine, M.D.; Ronald Palang, M.D.; Absar Qureshi, M.D.; and Dean Halbert, M.D.**

*/s/ Dennis L. Roossien, Jr.*
Dennis L. Roossien, Jr.
State Bar No. 00784873
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, TX 75201
Tel: 214-855-7535
droossien@munsch.com

**ATTORNEY FOR DEFENDANT, OnPoint Lab, L.L.C.**

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of this document was filed on January 3, 2024, through the ECF system, and will thereby be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

             _/s/ Joshua M. Russ_
             Joshua M. Russ