IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES and STATE OF TEXAS *ex rel.* DANIEL W. ELLIOTT, M.D. and LISA A. MINSLOFF, M.D.,<br><br>*Plaintiffs,*<br><br>V.<br><br>SOUTHEAST TEXAS MEDICAL ASSOCIATES, LLP; STEWARD HEALTH CARE SYSTEM; ONPOINT LAB, L.L.C.; BAPTIST HOSPITALS OF SOUTHEAST TEXAS; MUHAMMAD AZIZ, M.D.; JAMES HOLLY, M.D.; MARY CASTRO, M.D.; VIJAY KUMAR, M.D.; MICHAEL THOMAS, M.D.; SYED ANWAR, M.D., CAESAR DEIPARINE, M.D.; RONALD PALANG, M.D.; ABSAR QURESHI, M.D.; and DEAN HALBERT, M.D.,<br><br>*Defendants.* | CIVIL ACTION NO. 1:23-CV-00329<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER CONTINUING TEMPORARY STAY OF DISCOVERY

This Court previously entered an Order Granting in Part Defendants' Joint Motion for a Temporary Stay of Discovery. [Dkt. 114]. The Court hereby **EXTENDS** the stay of discovery until **March 12, 2024**.

Counsel should note that this stay does not affect Relators' Motion to Compel [Dkt. 117] and any deadlines relating thereto currently pending before United States Magistrate Judge Christine L. Stetson.

**SIGNED this 23rd day of January, 2024.**

_____
Michael J. Truncale
United States District Judge