UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES and STATE OF TEXAS *ex rel.* DANIEL W. ELLIOTT, M.D. and LISA A. MINSLOFF, M.D., <br><br> Plaintiffs, <br> v. <br><br> SOUTHEAST TEXAS MEDICAL ASSOCIATES, LLP et al., <br><br> Defendants. | No. 1:23-CV-00329-MJT <br><br> **DEMAND FOR JURY TRIAL** |

**JOINT STATUS REPORT**

Pursuant to the Court's March 11, 2024, Order (Dkt. No. 129), the parties jointly submit this Status Report.

1. <u>Settlement</u>: As noted in the January 2, 2024, Joint Notice of Pending Settlement [Dkt. 123], Relators have reached a settlement in principle with SETMA, all individual defendant physicians other than Dr. James Holly, and OnPoint that is the subject of government approval. On January 17, 2024, counsel for the Relators presented the settlement to the United States Department of Justice and to the Office of the Attorney General of the State of Texas, who have not yet approved the settlement. The government subsequently requested additional information regarding the proposed covered conduct to be encompassed by the settlement. Over the last few weeks, Relators and counsel for SETMA and OnPoint have exchanged proposed drafts defining the scope of covered conduct to be included in the settlement.

2. <u>Discovery</u>: In accordance with Court's Order Continuing Temporary Stay of Discovery [Dkt. 128], the parties have not conducted any substantive discovery since the Stay Order was entered. In light of the ongoing Government review of the proposed settlement and so as to

facilitate that review, the parties request the Temporary Stay of Discovery be extended until May 13.

Dated: March 12, 2024                           Respectfully submitted,

| | |
|---|---|
| */s/ Joshua M. Russ* | */s/ J. Thad Heartfield* |
| Joshua M. Russ | J. Thad Heartfield |
| Texas Bar No. 24074990 | State Bar No. 09346800 |
| josh.russ@rm-firm.com | THE HEARTFIELD LAW FIRM |
| Joel W. Reese | 2195 Dowlen Road |
| Texas Bar No. 00788258 | Beaumont, TX 77706 |
| REESE MARKETOS LLP | Telephone: 409-866-3318 |
| joel.reese@rm-firm.com | Facsimile: 409-866-5789 |
| Brett S. Rosenthal | Email: thad@heartfieldlawfirm.com |
| Texas Bar No. 24080096 | |
| brett.rosenthal@rm-firm.com | Edward B. Diskant |
| 750 N. Saint Paul St. Ste. 600 | M. Elias Berman |
| Dallas, Texas 75201-3201 | MCDERMOTT WILL & EMERY LLP |
| Telephone: (214) 382-9810 | 1 Vanderbilt Avenue |
| Facsimile: (214) 501-0731 | New York, NY  10017 |
| | Tel: (212) 547-5400 |
| Joseph J. Mastrogiovanni, Jr. | Fax: (646) 390-0877 |
| Texas Bar No. 13184380 | ediskant@mwe.com |
| MASTROGIOVANNI MERSKY & FLYNN, P.C. | eberman@mwe.com |
| jmastro@mastromersky.com | Jennifer B. Routh |
| Mastrogiovanni Mersky & Flynn, P.C. | MCDERMOTT WILL & EMERY LLP |
| 2001 Bryan Street, Suite 1250 | 500 North Capitol Street, N.W. |
| Dallas, Texas 75201 | Washington, D.C. 20001 |
| Telephone: (214) 922-8800 | Tel: (202) 756-8000 |
| Facsimile: (214) 922-8801 | Fax: (202) 756-8087 |
| | jrouth@mwe.com |
| **ATTORNEYS FOR RELATORS** | **ATTORNEYS FOR DEFENDANT, Baptist Hospitals of Southeast Texas** |

*/s/ Dennis L. Roossien, Jr.*
Dennis L. Roossien, Jr.
State Bar No. 00784873
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, TX 75201
Tel: 214-855-7535
droossien@munsch.com

**ATTORNEY FOR DEFENDANT,
OnPoint Lab, L.L.C.**

*/s/ David W. Klaudt*
David W. Klaudt
State Bar No. 00796073
James Peacock
State Bar No. 00791419
Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201
Tel: 214-665-3600
Fax: 214-665-3601
david.klaudt@gtlaw.com

**ATTORNEY FOR DEFENDANTS,
Southeast Texas Medical Associates,
LLP; Muhammad Aziz, M.D.; Mary
Castro, M.D.; Vijay Kumar, M.D.;
Michael Thomas, M.D.; Syed Anwar,
M.D.; Caesar Deiparine, M.D.; Ronald
Palang, M.D.; Absar Qureshi, M.D.;
Dean Halbert, M.D.; and William
George, M.D.**

*/s/ Bruce M. Partain*
Bruce M. Partain
State Bar No. 15548400
WELLS PEYTON PARTAIN BALDO &
LIGHTY
P.O. Box 3708
Beaumont, Texas 77704
T: 409-838-2644
F: 409-838-0416
bpartain@wellspeyton.com

**ATTORNEY FOR DEFENDANT, DR.
JAMES HOLLY**

*/s/ Thomas G. Yoxall*
Thomas G. Yoxall
State Bar No. 00785304
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
T: 214-740-8683
C: 214-458-3820
F: 214-740-8800
tyoxall@lockelord.com

**ATTORNEY FOR DEFENDANT,
Steward Health Care System**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of this document was filed on March 12, 2024, through the ECF system, and will thereby be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                              */s/ Joel W. Reese*
                                              Joel W. Reese