IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES and STATE OF TEXAS *ex rel.* DANIEL W. ELLIOTT, M.D. and LISA A. MINSLOFF, M.D., § § § § *Plaintiffs*, § § v. § § SOUTHEAST TEXAS MEDICAL § ASSOCIATES, LLP; STEWARD HEALTH § CARE SYSTEM; ONPOINT LAB, L.L.C.; § BAPTIST HOSPITALS OF SOUTHEAST § TEXAS; MUHAMMAD AZIZ, M.D.; § JAMES HOLLY, M.D.; MARY CASTRO, § M.D.; VIJAY KUMAR, M.D.; MICHAEL § THOMAS, M.D.; SYED ANWAR, M.D., § CAESAR DEIPARINE, M.D.; RONALD § PALANG, M.D.; ABSAR QURESHI, M.D.; § and DEAN HALBERT, M.D., § § *Defendants*. § | CIVIL ACTION NO. 1:23-CV-329-MJT |

## ORDER ON RELATORS' MOTION TO COMPEL AND REQUEST FOR EXPEDITIED CONSIDERATION (Doc. #117)

Pursuant to 28 U.S.C. § 636 and the Local Rules of Court for the Assignment of Duties to United States Magistrate Judges, the district court referred Relators' Motion to Compel and Request for Expedited Consideration (doc. #117) to the undersigned for consideration and disposition. (Doc. #119.) This motion concerns a discovery request within the context of the court's stay of "[a]ll discovery, except discovery related to the pending dispositive motions." (Docs. #114, #132.) On March 22, 2024, however, the court granted the withdrawal of the pending dispositive motions. (Doc. #134.) As there are no more pending dispositive motions, there can no longer be "discovery related to the pending dispositive motions" and all discovery is stayed.

The Relator's Motion to Compel (doc. #117) is, therefore, **DENIED** as moot.

  **IT IS SO ORDERED.**

  **SIGNED this the 26th day of March, 2024.**

                _____
                Christine L Stetson
                UNITED STATES MAGISTRATE JUDGE