UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES and STATE OF TEXAS *ex rel.* DANIEL W. ELLIOTT, M.D. and LISA A. MINSLOFF, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHEAST TEXAS MEDICAL ASSOCIATES, LLP *et al.*, <br><br> Defendants. | No. 1:23-CV-00329 <br><br> DEMAND FOR JURY TRIAL |

### RELATORS' NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT STEWARD HEALTH CARE SYSTEM LLC

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Relators hereby give notice that they are dismissing their claims against Defendant Steward Health Care System LLC ("Steward") without prejudice.

Steward filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on May 6, 2024 and a notice of bankruptcy in this Court on May 9, 2024. To avoid a prolonged stay of their claims against the other defendants in this case, Relators have elected to voluntarily dismiss their claims against Steward without prejudice, reserving the right to pursue any claims in the Bankruptcy Court.

The United States and the State of Texas have both confirmed their consent to this voluntary dismissal without prejudice. Additionally, although not required since Steward has not filed an answer, Relators obtained Steward's consent to this voluntary dismissal without prejudice.

This dismissal applies solely to Relators' claims against Steward. Relators intend to pursue their claims against the remaining defendants.[1]

Dated: July 18, 2024               Respectfully submitted,

By: /s/ Tyler J. Bexley
    Joshua M. Russ
    Texas Bar No. 24074990
    josh.russ@rm-firm.com
    Joel W. Reese
    Texas Bar No. 00788258
    joel.reese@rm-firm.com
    Adam Sanderson
    Texas State Bar No. 24056264
    adam.sanderson@rm-firm.com
    Andrew O. Wirmani
    Texas Bar No. 24052287
    andrew.wirmani@rm-firm.com
    Tyler J. Bexley
    Texas Bar No. 24073923
    tyler.bexley@rm-firm.com
    Brett S. Rosenthal
    Texas Bar No. 24080096
    brett.rosenthal@rm-firm.com
    Allison N. Cook
    Texas Bar No. 24091695
    allison.cook@rm-firm.com

    **REESE MARKETOS LLP**
    750 N. Saint Paul St. Ste. 600
    Dallas, Texas 75201-3201
    Telephone: (214) 382-9810
    Facsimile: (214) 501-0731

---

[1] As the Court is aware, Relators have reached a settlement with all defendants other than Steward, Baptist Hospitals of Southeast Texas, and James Holly, M.D. That settlement is being reviewed by the United States and the State of Texas, and Relators will provide notice to the Court when the settlement has been approved.

Joseph J. Mastrogiovanni, Jr.
Texas Bar No. 13184380
jmastro@mastromersky.com
**MASTROGIOVANNI MERSKY & FLYNN, P.C.**
2001 Bryan Street, Suite 1250
Dallas, Texas 75201
Telephone: (214) 922-8800
Facsimile: (214) 922-8801

**ATTORNEYS FOR RELATORS**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of this document was filed on July 18, 2024 through the ECF system, and will thereby be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                     */s/ Tyler J. Bexley*
                                                     Tyler J. Bexley