IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES and STATE OF TEXAS *ex rel.* DANIEL W. ELLIOTT, M.D. and LISA A. MINSLOFF, M.D., | § § § § | |
| *Plaintiffs,* | § § | |
| V. | § § | |
| SOUTHEAST TEXAS MEDICAL ASSOCIATES, LLP; ONPOINT LAB, L.L.C.;  BAPTIST HOSPITALS OF SOUTHEAST TEXAS; MUHAMMAD AZIZ, M.D.; JAMES HOLLY, M.D.; MARY CASTRO, M.D.; VIJAY KUMAR, M.D.; MICHAEL THOMAS, M.D.; SYED ANWAR, M.D., CAESAR DEIPARINE, M.D.; RONALD PALANG, M.D.; ABSAR QURESHI, M.D.; and DEAN HALBERT, M.D., | § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:23-CV-00329 JUDGE MICHAEL J. TRUNCALE |
| *Defendants.* | § | |

## ORDER REGARDING STATUS

The Parties are hereby **ORDERED** to file a Joint Status Report advising the Court of the status of this matter by **December 20, 2024**.

**SIGNED this 18th day of December, 2024.**

_____
Michael J. Truncale
United States District Judge