IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES and STATE OF TEXAS *ex rel.* DANIEL W. ELLIOTT, M.D. and LISA A. MINSLOFF, M.D., <br><br> *Plaintiffs,* <br><br> V. <br><br> SOUTHEAST TEXAS MEDICAL ASSOCIATES, LLP; ONPOINT LAB, L.L.C.; BAPTIST HOSPITALS OF SOUTHEAST TEXAS; MUHAMMAD AZIZ, M.D.; JAMES HOLLY, M.D.; MARY CASTRO, M.D.; VIJAY KUMAR, M.D.; MICHAEL THOMAS, M.D.; SYED ANWAR, M.D., CAESAR DEIPARINE, M.D.; RONALD PALANG, M.D.; ABSAR QURESHI, M.D.; and DEAN HALBERT, M.D., <br><br> *Defendants.* | CIVIL ACTION NO. 1:23-CV-00329 <br> JUDGE MICHAEL J. TRUNCALE |

## ORDER REGARDING STATUS

The Court is in receipt of the Parties' Joint Status Report filed in this matter [Dkt. 141] confirming that Relators have reached a settlement in principle with SETMA, all individual defendant physicians other than Dr. James Holly, and OnPoint. These Parties are still working on a settlement agreement that is the subject of Government approval and expect to execute the agreement by February 28, 2025.

The Parties are hereby **ORDERED** to file a subsequent Joint Status Report advising the Court of the status of this matter on or before **March 15, 2025**.

**SIGNED this 27th day of December, 2024.**

Michael J. Truncale
United States District Judge