IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES and STATE OF TEXAS *ex rel.* DANIEL W. ELLIOTT, M.D. and LISA A. MINSLOFF, M.D., | § § § § | |
| *Plaintiffs,* | § § | |
| V. | § § | |
| SOUTHEAST TEXAS MEDICAL ASSOCIATES, LLP; ONPOINT LAB, L.L.C.; BAPTIST HOSPITALS OF SOUTHEAST TEXAS; MUHAMMAD AZIZ, M.D.; JAMES HOLLY, M.D.; MARY CASTRO, M.D.; VIJAY KUMAR, M.D.; MICHAEL THOMAS, M.D.; SYED ANWAR, M.D., CAESAR DEIPARINE, M.D.; RONALD PALANG, M.D.; ABSAR QURESHI, M.D.; and DEAN HALBERT, M.D., | § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:23-CV-00329 JUDGE MICHAEL J. TRUNCALE |
| *Defendants.* | § | |

## ORDER GRANTING JOINT MOTION TO ENTER BRIEFING SCHEDULE

Before the Court is the Parties' Joint Motion to Enter Briefing Schedule. [Dkt. 145]. After considering the Parties' joint motion and reviewing the pleadings on file, the Court grants the same.

It is therefore **ORDERED** that the Parties' Joint Motion to Enter Briefing Schedule [Dkt. 145] is hereby **GRANTED** and the Court sets the following deadlines:

| | |
|---|---|
| **April 8, 2025** | Deadline for Defendants to file a motion to partially lift the existing stay, or in the alternative, to extend the stay of discovery. |
| **April 22, 2025** | Deadline for Relators to respond to Defendants' motion to partially lift the existing stay, or in the alternative, to extend the stay of discovery. |
| **May 6, 2025** | Deadline for Defendants to file a reply in support of their motion to partially lift the existing stay, or in the alternative, to extend the stay of discovery. |

2

| | |
|---|---|
| **April 28, 2025** | Deadline for Defendants to file motions to dismiss. |
| **May 19, 2025** | Deadline for Relators to respond to Defendants' motions to dismiss. |
| **June 2, 2025** | Deadline for Defendants to file replies in support of their motions to dismiss. |

**SIGNED this 2nd day of April, 2025.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge