IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES and STATE OF TEXAS *ex rel.* DANIEL W. ELLIOTT, M.D. and LISA A. MINSLOFF, M.D., <br><br> *Plaintiffs,* <br><br> V. <br><br> BAPTIST HOSPITALS OF SOUTHEAST TEXAS AND JAMES HOLLY, M.D., <br><br> *Defendants.* | CIVIL ACTION NO. 1:23-CV-00329 <br> JUDGE MICHAEL J. TRUNCALE |

## ORDER GRANTING RELATORS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT JAMES HOLLY, M.D.'S MOTION TO DISMISS

Before the Court is Relators' Unopposed Motion for Extension of Time to Respond to Defendant James Holly, M.D.'s Motion to Dismiss. [Dkt. 154]. Dr. Holly filed his Motion to Dismiss Plaintiffs' Original Complaint on May 6, 2025. [Dkt. 151]. Relators file the present motion seeking an extension until June 2, 2025 in which to respond to Dr. Holly's motion. After considering Relators' unopposed motion and reviewing the pleadings on file, the Court grants the same.

It is therefore **ORDERED** that Relators' Unopposed Motion for Extension of Time to Respond to Defendant James Holly, M.D.'s Motion to Dismiss [Dkt. 154] is hereby **GRANTED**. Relators' deadline to respond to Dr. Holly's Motion to Dismiss Plaintiffs' Original Complaint [Dkt. 151] is now due **June 2, 2025**.

**SIGNED this 12th day of May, 2025.**

Michael J. Truncale
United States District Judge