# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES and STATE OF TEXAS *ex rel.* DANIEL W. ELLIOTT, M.D. and LISA A. MINSLOFF, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHEAST TEXAS MEDICAL ASSOCIATES, LLP et al., <br><br> Defendants. | No. 1:23-CV-00329-MJT |

## RELATORS AND DR. HOLLY'S NOTICE OF PENDING SETTLEMENT

Relators Daniel W. Elliott, M.D. and Lisa A. Minsloff, M.D. and Defendant James Holly, M.D. notify the Court that they have reached an agreement in principle to settle Relators' claims against Dr. Holly. Final settlement is subject to government approval. To that end, the parties intend to work with the United States Department of Justice and the State of Texas to finalize the settlement agreement.

This settlement will not affect the claims against Baptist Hospitals of Southeast Texas, which remain pending.

| | |
|---|---|
| Dated: August 4, 2025 | Respectfully submitted, |

| | |
|---|---|
| */s/ Joshua M. Russ* | */s/ Bruce M. Partain* |
| Joshua M. Russ | Bruce M. Partain |
| Texas Bar No. 24074990 | State Bar No. 15548400 |
| josh.russ@rm-firm.com | |
| Joel W. Reese | WELLS PEYTON PARTAIN BALDO & |
| Texas Bar No. 00788258 | LIGHTY |
| joel.reese@rm-firm.com | |
| Brett S. Rosenthal | P.O. Box 3708 |
| Texas Bar No. 24080096 | Beaumont, Texas 77704 |
| brett.rosenthal@rm-firm.com | T: 409-838-2644 |
| | F: 409-838-0416 |
| REESE MARKETOS LLP | bpartain@wellspeyton.com |
| | |
| 750 N. Saint Paul St. Ste. 600 | **ATTORNEY FOR DEFENDANT, DR.** |
| Dallas, Texas 75201-3201 | **JAMES HOLLY** |
| Telephone: (214) 382-9810 | |
| Facsimile: (214) 501-0731 | |

Joseph J. Mastrogiovanni, Jr.
Texas Bar No. 13184380
jmastro@mastromersky.com

MASTROGIOVANNI MERSKY &
FLYNN, P.C.

2001 Bryan Street, Suite 1250
Dallas, Texas 75201
Telephone: (214) 922-8800
Facsimile: (214) 922-8801

**ATTORNEYS FOR RELATORS**

2

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of this document was filed on August 4, 2025, through the ECF system, and will thereby be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                        */s/ Allison N. Cook*
                                        Allison N. Cook