UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES and STATE OF TEXAS *ex rel.* DANIEL W. ELLIOTT, M.D. and LISA A. MINSLOFF, M.D., <br><br> Plaintiffs, <br> v. <br><br> SOUTHEAST TEXAS MEDICAL ASSOCIATES, LLP et al., <br><br> Defendants. | No. 1:23-CV-00329-MJT <br><br> DEMAND FOR JURY TRIAL |

## JOINT STATUS REPORT

Pursuant to the Court's August 7, 2025, Order (Dkt. No. 162), Relators and Defendant James Holly, M.D., jointly submit this Status Report regarding settlement. Dr. Holly and Relators have reached a settlement in principle that is subject to government approval. On August 4, 2025, counsel for Relators presented the settlement to the United States Department of Justice and the Office of the Attorney General of the State of Texas. The United States Department of Justice indicated it intends to approve the settlement. On November 12, 2025, the Office of the Attorney General of the State of Texas relayed to counsel for Relators that the State of Texas needed an additional 2-3 weeks before it could approve the settlement. Relators' claims against Baptist Hospitals of Southeast Texas remain pending.

Dated: November 21, 2025          Respectfully submitted,

/s/ *Joshua M. Russ*          /s/ *Bruce M. Partain*
Joshua M. Russ          Bruce M. Partain
Texas Bar No. 24074990          State Bar No. 15548400
josh.russ@rm-firm.com          WELLS PEYTON PARTAIN BALDO &
Joel W. Reese          LIGHTY
Texas Bar No. 00788258          P.O. Box 3708
REESE MARKETOS LLP          Beaumont, Texas 77704
joel.reese@rm-firm.com          T: 409-838-2644
Brett S. Rosenthal          F: 409-838-0416
Texas Bar No. 24080096          bpartain@wellspeyton.com
brett.rosenthal@rm-firm.com
Allison N. Cook          **ATTORNEY FOR DEFENDANT, DR.**
Texas Bar No. 24091695          **JAMES HOLLY**
allison.cook@rm-firm.com
750 N. Saint Paul St. Ste. 600
Dallas, Texas 75201-3201
Telephone: (214) 382-9810
Facsimile: (214) 501-0731

Joseph J. Mastrogiovanni, Jr.
Texas Bar No. 13184380
MASTROGIOVANNI MERSKY &
FLYNN, P.C.
jmastro@mastromersky.com
Mastrogiovanni
Mersky & Flynn, P.C.
2001 Bryan Street, Suite 1250
Dallas, Texas 75201
Telephone: (214) 922-8800
Facsimile: (214) 922-8801

**ATTORNEYS FOR RELATORS**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of this document was filed on November 21, 2025, through the ECF system, and will thereby be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                               /s/ *Allison N. Cook*
                                               Allison N. Cook