UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES and STATE OF TEXAS *ex rel.* DANIEL W. ELLIOTT, M.D. and LISA A. MINSLOFF, M.D.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SOUTHEAST TEXAS MEDICAL ASSOCIATES, LLP et al.,<br><br>　　　　　　　　　　Defendants. | No. 1:23-CV-00329-MJT<br><br>**DEMAND FOR JURY TRIAL** |

**JOINT STATUS REPORT**

　　Pursuant to the Court's December 1, 2025, Order (Dkt. No. 164), Relators and Defendant James Holly, M.D., jointly submit this Status Report regarding settlement. Dr. Holly and Relators have reached a settlement in principle. As of January 29, 2026, the Office of the Attorney General of the State of Texas, Relators, and Dr. Holly have signed the Settlement Agreement. Relators compiled those signatures and sent them to the United States Department of Justice for its signature on January 29, 2026. Upon receipt of the United States' signature, the Settlement Agreement will be fully executed, and Relators will file appropriate dismissal papers. Relators expect this process will take approximately two weeks. Relators' claims against Baptist Hospitals of Southeast Texas remain pending.

| | |
|---|---|
| Dated: January 30, 2026 | Respectfully submitted, |

| | |
|---|---|
| */s/ Joshua M. Russ* | */s/ Bruce M. Partain* |
| Joshua M. Russ | Bruce M. Partain |
| Texas Bar No. 24074990 | State Bar No. 15548400 |
| josh.russ@rm-firm.com | WELLS PEYTON PARTAIN BALDO & LIGHTY |
| Joel W. Reese | |
| Texas Bar No. 00788258 | P.O. Box 3708 |
| REESE MARKETOS LLP | Beaumont, Texas 77704 |
| joel.reese@rm-firm.com | T: 409-838-2644 |
| Brett S. Rosenthal | F: 409-838-0416 |
| Texas Bar No. 24080096 | bpartain@wellspeyton.com |
| brett.rosenthal@rm-firm.com | |
| Allison N. Cook | **ATTORNEY FOR DEFENDANT, DR. JAMES HOLLY** |
| Texas Bar No. 24091695 | |
| allison.cook@rm-firm.com | |
| 750 N. Saint Paul St. Ste. 600 | |
| Dallas, Texas 75201-3201 | |
| Telephone: (214) 382-9810 | |
| Facsimile: (214) 501-0731 | |

Joseph J. Mastrogiovanni, Jr.
Texas Bar No. 13184380
MASTROGIOVANNI MERSKY & FLYNN, P.C.
jmastro@mastromersky.com
Mastrogiovanni Mersky & Flynn, P.C.
2001 Bryan Street, Suite 1250
Dallas, Texas 75201
Telephone: (214) 922-8800
Facsimile: (214) 922-8801

**ATTORNEYS FOR RELATORS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was filed on January 30, 2026, through the ECF system, and will thereby be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                   */s/ Allison N. Cook*
                                                 Allison N. Cook